FILED  
United States Court of Appeals  
Tenth Circuit  

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

August 22, 2025

Christopher M. Wolpert  
Clerk of Court

---

LIBERTY GLOBAL, INC.,

    Petitioner - Appellant,

v.

COMMISSIONER OF INTERNAL REVENUE,

    Respondent - Appellee.

No. 24-9004  
(CIR No. 341-21)  
(United States Tax Court)

---

**JUDGMENT**

---

Before **TYMKOVICH**, **McHUGH**, and **CARSON**, Circuit Judges.

---

This case originated in the United States Tax Court and was argued by counsel.

The judgment of that court is affirmed.

Entered for the Court

CHRISTOPHER M. WOLPERT, Clerk